# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**JACOB R. SPURLIN,**

    **Petitioner,**

v.              Case No. 21-3103-JWL

**(FNU) (LNU), Director of the**
**North Central Region for the**
**Federal Bureau of Prisons,**

    **Respondent.**

## JUDGMENT IN A CIVIL CASE

**( )** **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x)** **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the Petition is dismissed without prejudice.

Entered on the docket 04/23/21

**Dated:  April 23, 2021**      TIMOTHY M. O'BRIEN
               CLERK OF THE DISTRICT COURT


               s/S. Nielsen-Davis_____
               **Deputy Clerk**